█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE THEN, Also Known as JOSE ALFREDO, Appellant. [679 NYS2d 570] —Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered January 24, 1997, convicting defendant, upon his guilty plea, of attempted criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years and 3½ to 7 years, respectively, unanimously modified, on the law, to the extent of vacating defendant's conviction for criminal possession of a weapon in the third degree, and otherwise affirmed.

Judgment, same court and Justice, rendered January 24, 1997, convicting defendant, upon his guilty plea, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

As the People correctly concede, since the count charging criminal possession of a weapon in the third degree had been dismissed and never reinstated, any further prosecution of that charge was barred, requiring that we vacate defendant's conviction on that charge. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Andrias, JJ.